In the Matter of the Application of the CITY OF NEW
YORK, Respondent, Relative to Acquiring Title to
Lands Required for the Opening of Eleventh Avenue
in the Borough of Brooklyn.

JOHN H. HANLEY, Appellant.

*Matter of City of New York (11th Ave., Brooklyn),* 151 App. Div.
925, affirmed.
(Submitted October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 21, 1912, which affirmed an order of Special
Term denying an application for an order directing the
comptroller of the city of New York to pay certain
awards made in the above-entitled proceeding.

*Louis A. Brown* and *M. E. Finnigan* for appellant.

*Archibald R. Watson, Corporation Counsel (Joel J.
Squier, Edward Riegelmann* and *Arthur J. Stern* of
counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.